**Order entered September 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00713-CR

### DUKE FATHOL MCGEE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law
### Rockwall County, Texas
### Trial Court Cause No. CR18-1720

## ORDER

Duke Fathol McGee, representing himself pro se, was convicted in Justice Court, Precinct No. 4 of Rockwall of speeding in a construction zone when workers were present and assessed a fine of $197.90 and court costs. He appealed to the County Court at Law and, after a trial de novo, was found guilty and assessed a fine of $200 and court costs. He then filed his pro se notice of appeal with this Court.

The clerk's and reporter's records have been filed. Appellant, who was not found to be indigent, did not file his brief by August 18, 2019. When it was not filed, we notified appellant on August 21, 2019 by postcard and electronic transmission that his brief was past due. We directed him to file his brief and a motion to extend time by September 3, 2019. We cautioned

appellant that the failure to do so would result in the appeal being abated for a hearing under rule 38.8(b). To date, appellant has not responded, communicated with the Court, or filed a brief.

We therefore **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant intends to hire retained counsel or continue to represent himself pro se, or whether appellant has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b).

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brian Williams, Presiding Judge, County Court at Law; to Duke Fathol McGee; and to the Rockwall County District Attorney's Office.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated twenty days from the date of this order or when the findings are received, whichever is earlier.


/s/     BILL PEDERSEN, III
        JUSTICE